UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TIMOTHY JERRALD LAWHORN | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Case No. 16-50146-thf |
| | ) | |

## MOTION FOR RULE 2004 EXAMINATION OF DEBTOR
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Samuel K. Crocker, the United States Trustee for Region 8 (the "UST"), through undersigned counsel, hereby moves the Court, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to compel Timothy Jerrald Lawhorn (the "Debtor") to appear for an examination and give testimony under oath regarding his acts, conduct, property, liabilities, and financial condition, or to any matter which may affect the administration of the Debtor's estate or the Debtor's right to a discharge.

The UST hereby specifically requests that the Debtor be required to appear for examination at the following date, time, and location, which has been confirmed and approved by counsel for Debtor[1] prior to this filing:

> **Date:** November 30, 2016
> **Time:** 9:00 a.m. CST
> **Place:** Office of the United States Trustee
> Customs House
> 701 Broadway, #318
> Nashville, Tennessee 37203

### Background

1. On March 17, 2016 (the "Petition Date"), the Debtor filed his voluntary petition for relief under chapter 7 of the Bankruptcy Code.

---

[1] Attorney Rick Johnson has advised that he will participate telephonically in the examination.

2.      The Chapter 7 Trustee appointed in this case, Mark Little, conducted the Meeting of Creditors on June 2, 2016.

3.      After the Petition Date, the Debtor moved to Manchester, Tennessee. The proposed location of the examination in Nashville, Tennessee, is convenient for both the Debtor and UST, and is permissible pursuant to Fed. R. Bankr. P. 2004(d).

4.      The UST has reviewed the petition and schedules filed in this case, documents produced to the Chapter 7 Trustee by the Debtor, and documents produced to the UST by the Debtor pursuant informal discovery requests of August 22, 2016. Based on its review of available information, the UST believes that further investigation is appropriate under the circumstances.

### Relief Requested

5.      By this Motion, the UST seeks entry of an Order, pursuant to Bankruptcy Rules 2004 and 9016, requiring the Debtor to give testimony under oath regarding his acts, conduct, property, liabilities, and financial condition, or to any matter which may affect the administration of the Debtor's estate or the Debtor's right to a discharge.

6.      Rule 2004 provides that "[o]n motion of any party in interest, the court may order the examination of any entity." Fed. R. Bankr. P. 2004(a). The information sought by a Rule 2004 examination "may relate only to the acts, conduct, or property or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge." Fed. R. Bankr. P. 2004(b). The function of a Rule 2004 examination is to allow any party to conduct "a broad investigation into the financial affairs of debtors to assure the proper administration of bankruptcy estates." *In re Symington*, 209 B.R. 678, 683 -684 (Bankr. D. Md. 1997). Among the appropriate purposes of a

Rule 2004 exam are "the discovery of assets of the estate and the exposure of fraudulent conduct." *Id*. Given this function, bankruptcy courts have held that "the scope of a Rule 2004 examination is very broad" and "can legitimately be in the nature of a "fishing expedition." *In re Fearn*, 96 B.R. 135, 137-138 (Bankr. S.D. Ohio, 1989) (citing *In re GHR Energy Corp.*, 35 B.R. 534, 537 (Bankr. D. Mass. 1983); *In re Mittco, Inc.*, 44 B.R. 35, 36 (Bankr. E.D. Wis. 1984); *Matter of Wilcher*, 56 B.R. 428, 433 (Bankr. N.D. Ill. 1985); *In re Texaco*, Inc., 79 B.R. 551, 553 (Bankr. S.D.N.Y. 1987); *In re Vantage Petroleum Corp.*, 34 B.R. 650, 651 (Bankr. E.D.N.Y. 1983)).

7.    The UST further requests that the Court establish the following guidelines for the examination:

a.    The testimony of the Debtor shall be given under oath;

b.    The UST may administer the oath to the Debtor;

c.    The UST shall conduct the examination, but all discovery disputes shall be adjudicated by the Court;

d.    The record of the examination may be made by video, audio tape, digital recording device, or by court reporter, and nothing shall preclude any party from recording same by use of its own equipment at its own cost; and

e.    The record of the examination shall be maintained by the UST until further order of the Court.

WHEREFORE, the UST respectfully requests that the Court enter an Order authorizing issuance of one or more subpoenas to the Debtor to produce information and/or documents described within the Subpoena, and compelling the Debtor to appear for an examination and give testimony under oath regarding his acts, conduct, property, liabilities, and financial condition, or to any matter which may affect the administration of the Debtor's estate or the Debtor's right to a discharge.

A proposed Order is tendered herewith.

Respectfully submitted,

SAMUEL K. CROCKER
UNITED STATES TRUSTEE, REGION 8

/s/ Tyler R. Yeager
TYLER R. YEAGER
U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
601 W. Broadway, Suite 512
Louisville, Kentucky 40202
(502) 582-6000
tyler.yeager@usdoj.gov
*Trial Attorney*

## CERTIFICATE OF SERVICE

In accordance with Local Rule 9036-1, I certify that on November 17, 2016, I sent a copy of the foregoing Motion for Rule 2004 Examination of Debtor to all parties who requested notice in the above-captioned case by either: (1) electronic means through the Bankruptcy Court's CM/ECF system; or (2) First Class U.S. Mail if the Notice of Electronic Filing from this Court's CM/ECF system indicates that there are interested parties not deemed to have consented to electronic notice or service. It is further certified that a copy of the foregoing was mailed to the Debtor via First Class U.S. Mail addressed as follows:

Timothy Jerrald Lawhorn
795 Belmont Road
Manchester, TN 37355

/s/ Tyler R. Yeager
TYLER R. YEAGER