UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TIMOTHY JERRALD LAWHORN | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Case No. 16-50146-acs |
| | ) | |

**MOTION TO ALLOW APPEARANCE BY VIDEO CONFERENCE**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Samuel K. Crocker, the United States Trustee for Region 8 (the "UST"), through undersigned counsel, hereby requests authorization to appear and be heard via the Court's video conferencing system in the hearing(s) presently set for October 17, 2017 at 9:00 a.m. (Central Time) in the above-styled case. With the Court's permission, undersigned counsel will be present in Courtroom #3, 5th Floor (6th St. Elevators), 601 West Broadway, Louisville, KY 40202, at the scheduled date and time.

A proposed Order is tendered herewith.

Respectfully submitted,

SAMUEL K. CROCKER
UNITED STATES TRUSTEE, REGION 8

/s/ Tyler R. Yeager
TYLER R. YEAGER
U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
601 W. Broadway, Suite 512
Louisville, Kentucky 40202
(502) 582-6000
tyler.yeager@usdoj.gov
*Trial Attorney*

2

## CERTIFICATE OF SERVICE

In accordance with Local Rule 9036-1, I certify that on October 16, 2017, I sent a copy of the foregoing *Motion to Allow Appearance by Video Conference* to all parties who requested notice in the above-captioned case by either: (1) electronic means through the Bankruptcy Court's CM/ECF system; or (2) First Class U.S. Mail if the Notice of Electronic Filing from this Court's CM/ECF system indicates that there are interested parties not deemed to have consented to electronic notice or service.

/s/ Tyler R. Yeager
TYLER R. YEAGER